# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TRACY COOPWOOD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:24-cv-00951-SPM |
| MCCORMACK BARON COMPANIES, | ) ) ) |
| Defendant. | ) ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on review of the file following self-represented plaintiff Tracy Coopwood's response to the Court's Order to Show Cause. For the following reasons, plaintiff's complaint will be dismissed for lack of subject matter jurisdiction.

On July 24, 2024, the Court issued an Order to Show Cause Order identifying defects in plaintiff's jurisdictional allegations, which she had based on the Court's federal question jurisdiction. Although plaintiff had alleged violations of several federal constitutional rights, she cited constitution amendments that did not apply to her landlord-tenant dispute against a private company. The Court also noted that there was no diversity of citizenship between the parties.

On August 5, 2024, plaintiff responded to the Court's Show Cause Order. She does not allege any new federal constitutional or statutory claims. Rather, plaintiff reiterates how much she suffered because defendant would not fix her air conditioning unit or move her to a different apartment. She also alleges defendant was largely incommunicative and its eventual response was unsympathetic and unhelpful. She states that she "feel[s] [she] should receive some type of monetary compensation[] for these unforeseen discretions." Doc. 6 at 3.

Because this Court hears only cases involving federal questions or cases in which the parties are citizens of different states, the Court has no power to hear plaintiff's case. As a result, this case will be dismissed for lack of federal subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that plaintiff's motion to appoint counsel is **DENIED as moot**. [ECF No. 3]

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 7th day of August, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE